IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

HAROLD STENSBY and
DONNA STENSBY                                              PLAINTIFFS

v.                              No. 04-3038

VALSPAR CORPORATION,
MCCLOSKEY DIVISION d/b/a
VALSPAR COATINGS                                           DEFENDANTS

## JUDGMENT

On the 27th day of September 2005, this matter came on for trial to a duly selected jury consisting of eight members, the Honorable Robert T. Dawson presiding. The trial continued until September 28, 2005, when the case was submitted to the jury on interrogatories and a unanimous verdict was reached as to each interrogatory as follows:

**INTERROGATORY NO. 1:** DO YOU FIND BY A PREPONDERANCE OF THE EVIDENCE THAT VALSPAR CORPORATION SUPPLIED THE DECK AND SIDING STAIN IN A DEFECTIVE CONDITION WHICH THEN RENDERED IT UNREASONABLY DANGEROUS AND WHICH PROXIMATELY CAUSED DAMAGES TO THE STENSBYS?

_____        \_\_\_\_\_X_____
   YES                     NO

**INTERROGATORY NO. 2:** DO YOU FIND BY A PREPONDERANCE OF THE EVIDENCE THAT THERE WAS NEGLIGENCE UPON THE PART OF VALSPAR CORPORATION WHICH PROXIMATELY CAUSED DAMAGES TO THE STENSBYS?

|     _____    |     \_\_\_\_X\_\_\_\_\_   |
|:---:|:---:|
| YES | NO |

IT IS ORDERED AND ADJUDGED in accordance with the answer to the above interrogatories and jury verdict, that the Plaintiffs take nothing on their complaint filed herein and the matter is DISMISSED WITH PREJUDICE.  All parties are to bear their respective costs and attorney's fees.

Dated this 29th day of September 2005.

/s/Robert T. Dawson
Robert T. Dawson
United States District Judge